THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* S. BENEDICT WHITLOCK, Appellant.

(Argued March 25, 1915; decided April 20, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 29, 1915, which affirmed a judgment of the Wyoming County Court rendered upon a verdict convicting the defendant of the crime of arson in the second degree.

*Bayard J. Stedman* and *E. E. Charles* for appellant.

*Michael L. Coleman, District Attorney,* for respondent.

Case abated by death of the defendant.

---

FRANK G. SMITH, Respondent, *v.* FIRST NATIONAL BANK OF ALBANY et al., Appellants.

Reported below, 164 App. Div. 905.
(Argued April 12, 1915; decided April 20, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 22, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for an accounting.

The motion was made upon the grounds that the Court of Appeals had no jurisdiction to review the unanimous judgment of the Appellate Division and that the exceptions were frivolous.

*Richard J. Donovan* for motion.

*James F. Tracey* and *George Lawyer* opposed.

Motion denied, with ten dollars costs.